# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
INTERDICTION OF JOANN
CHAMPAGNE LEVATINO

NO.   2024 CW 1060

**JANUARY 13, 2025**

---

In Re:   Joann  Champagne  Levatino,  applying  for  supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. P-110,686.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT